IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| NATHAN W. STARK and<br>WANDA C. STARK,<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)     3:07cv122-MHT<br>)        (WO)<br>)<br>)<br>) |

### JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 17), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, attorneys' fees, and other expenses of litigation.

DONE, this the 20th day of November, 2008.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE